# FBI Nominations & VGTOF Training
# January 28, 2008

DOCUMENT 2

NCIC-VGTOF-8342

b6
b7C

## Index

Definitions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Condensed History . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
Types of FBI Nominations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
CJIS Division Non-Investigative Subject Nominations . . . . . . . . . . . . . . . . . . . . . . . 4
  • TIDE[        ](Source Docs 7/11) and TIDE[        ](Source Docs 1/2).
FBI Headquarter's Non-Investigative Subject Nominations . . . . . . . . . . . . . . . . . . . . . . 4
  • TIDE[        ](Source Docs 1/2/3).
Investigative Subject Nominations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
  • TIDE[        ]
TSC's Minimum Entry Criteria For VGTOF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
Handling Codes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7 - 9
Cautions and Medical Conditions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Who Should Be Watchlisted In VGTOF . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
  • TIDE[        ](also referenced under 'Deconfliction).
Exemption Requests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
Who Should NOT Be Watchlisted In VGTOF (or the TSDB) . . . . . . . . . . . . . . . . . . . 12
What Records Should Be Marked FBI SRC=Y . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13
What Records Should NOT Be Marked FBI SRC=Y . . . . . . . . . . . . . . . . . . . . . . . . . 13
How To Determine FBI SRC/VGTOF Status . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14
  • TPN[        ]TIDE[        ]; Note:
    Reference this section and the explanation on Page 1 of 'Determining VGTOF & FBI
    SRC Status' document, dated 03/21/2007.
Why Does It Matter How The Record Is Marked . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
VGTOF=Y.......What Happens Next? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16 - 17
How To See What's Happened To A Record . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18
Deciphering 'The Dump' Report . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18 - 19
Who Entered That Record . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
Deconfliction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21
  • TIDE[                        ]
What To Send To The VGTOF SME . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
What NOT To Send To The VGTOF SME . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 22
Processing Delete Actions For FBI Nominations . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

NCIC-VGTOF-8343

## Definitions

- **'ACS'** - Automated Case Support system.
- **'AGDIR'** - FBI Legal Attache/LEGAT record.
- **'CDC'** - FBI Chief Division Counsel.
- **'CMC'** - Cautions and Medical Conditions.
- **'Dewatchlisted'** - Completely removed from the TSDB and all downstream systems.
- **'DT'** - Domestic Terrorist.
- **'DTE'** - Date.
- **'FBI Information'** - NIC and OCA.
- **'FBI SRC'** - The person is under investigation by the FBI and the particular identity contained within the TIDE/TSDB was nominated for watchlisting by the FBI.
- **'FI'** - Full Investigation.
- **'FNU'** - First Name Unknown.
- **'IAFIS'** - Integrated Automated Fingerprint Identification System.
- **'III'** - Interstate Identification Index.
- **'IT'** - International Terrorist.
- **'Legacy Record'** - A record entered into the VGTOF by an FBI entity on or before August 8, 2004.
- **'LNU'** - Last Name Unknown.
- **'MILDET'** - FBI Military Detainee record.
- **'NIC'** - NCIC record identification number.
- **'NCIC'** - National Crime Information Center.
- **'NCTC'** - National Counterterrorism Center.
- **'OCA'** - Originating case agency number.
- **'OGA'** - Other Government Agency.
- **'OGC'** - FBI Office of the General Counsel.
- **'ORI'** - Originating Agency Identifier.
- **'PI'** - Preliminary Investigation.
- **'Sources'** - Identity-level documents/information in the TIDE.
- **'Person Sources'** - Person-level documents/information in the TIDE.
- **'TIDE'** - Terrorist Identities Datamart Environment.
- **'TREX Unit'** - Terrorist Review and Examination Unit.
- **'TSC'** - Terrorist Screening Center.
- **'TSDB'** - Terrorist Screening Database.
- **'VGTOF'** - Violent Gang and Terrorist Organization File.

1

NCIC-VGTOF-8344

## Condensed History

- **August 2004:** Known as the '2004 VGTOF IT Import', all terrorist records contained in the VGTOF were provided to NCTC and served as the consolidation of the FBI's IT watchlist into TIPOFF.
  - ○ Instant Quality Assurance Issues
    - No type of qualify assurance review was conducted prior to this file being provided to the NCTC.
    - All records were defaulted to USPER=YES.
    - All records were placed on the Selectee List.
    - Not all data fields were entered into TIPOFF and/or the data was entered but not into fields mapped to export to the TSDB (for example — the Unique Comments field).
- **August 9, 2004:** The ability of all FBI Field Offices to affect action directly in the VGTOF (for terrorist records) was rescinded.
  - ○ Effective this date, the TREX Unit, the TSC, and limited entities within the CJIS Division became the only entities with the ability to add, modify, and delete terrorist records in the VGTOF.
  - ○ No type of qualify assurance review was conducted by the record owners prior to their access being rescinded.
- **October 2004:** Add DT records contained in the VGTOF were provided to the TSC and served as the consolidation of the FBI's DT watchlist into the TSDB.
- **January 2005:** The TSDB had the ability to mark records 'FBI SRC'. Prior to this time, all IT nominations submitted to the TSC were automatically exported to the VGTOF if the minimum entry criteria was met.
- **May 2005:** The VGTOF Refresh was conducted to address several short- and long-term issues that affected terrorist records in the VGTOF. It also accomplished the following:
  - ○ Deleting 7,264 TSC-entered terrorist records.
  - ○ Modifying/updating 113,000 TSC-entered terrorist record.
  - ○ Adding 12,474 records that were previously rejected from the VGTOF.
- **June 2005:** The TSDB's near-real-time connectivity to the NCIC was established. prior to this date, the TSC only added terrorist records into the VGTOF (via daily electronic files) — TSC-entered records were not modified or deleted.
- **October 2005:** The CJIS Division provided the NCTC with a file containing 5,289 MILDET and AGDIR records that the CJIS Division had entered into the VGTOF between August 2004 and October 2005, but had not provided the nomination information to the NCTC so

2

they were not into the TIDE or the TSDB.

- **November 5, 2006:** The TSDB began exporting to the VGTOF at the identity/TSC ID level, rather than by the watchlist entry/TSDB ID level, which enabled a one-for-one relationship between the TIDE ID, the TSC ID, and the NIC.

## Types of FBI Nominations

- **Non-Investigative Subjects**
  - By the CJIS Division
    - FBI MILDET nominations.
      - 199E-HQ-1404383, Serial 3036, dated 10/01/2003.
    - FBI AGDIR nominations.
      - 66F-HQ-A1308701, Serial 593, dated 05/21/2002.
  - By FBI Headquarters
    - These individuals are 'on the radar' but are not currently under investigation by the FBI.
    - Basic information sharing.
    - The Military Liaison & Detainee Unit may also submit FBI MILDET nominations.

- **Investigative Subjects**
  - By FBI Field Offices
    - PIs
    - FIs

3

## CJIS Division Non-Investigative Subject Nominations

The CJIS Division processes all FBI MILDET and AGDIR nominations for which biometrics are obtained.

### Previous Process
- August 2004 - September 2005:  The CJIS Division indexed the biometrics into the IAFIS, established a record in the III, and created a corresponding terrorist record in the VGTOF, but the information was not submitted to the NCTC.

### Current Process
- October 2005 - Current:  The CJIS Division indexes the biometrics into the IAFIS, establishes a record in the III, and submits the information to the NCTC for watchlisting.
  - CJIS Division nominations were originally submitted to the NCTC via cable/teletype, but are now (normally) submitted via e-mail spreadsheets.
    - TIDE [        ] Source Docs 7/11 [cable].
      - QA issue exists due to the fact that AGDIR designation code was not entered into the 'Location Last Seen At' field.
    - TIDE [        ] Source Docs 1/2 [spreadsheet].
      - MILDET record with no designation code cited/requested.

b6
b7C

The majority of all FBI MILDET and ADGIR records are nominated with an OCA and a unique MILDET or AGDIR code (ex: MILDETIQ or AGDIRRO).  The MILDET and AGDIR codes are to be entered into the 'Location Last Seen At' field in TIDE and exported to the TSDB for further export to the VGTOF.  This 'Location' field is mapped within the TSDB to auto-export to the VGTOF 'MIS' field.

## FBI Headquarters Non-Investigative Subject Nominations

FBI Headquarters will submit cables/teletypes/IIRs to the intelligence community regarding

4

persons of interest. Generally, these individual are not under investigation by the FBI.

Legacy records exist wherein FBI Headquarters has used the FD-930 to watchlist non-investigative subjects. Conduct a drill-down/review of the ACS to determine if the individual is, in fact, under investigation by the FBI.

### Investigative Subject Nominations

- The FD-930 is the primary mechanism by which action to FBI investigative subject records is affected.
  - ○ FD-930s were not able to be uploaded into the ACS system until the eForm FD-930 was deployed in May 2006.
  - ○ The eForm FD-930s cannot be viewed by selecting 'T'/text in the ACS. They must be downloaded and opened.

- An FD-930 will **not** be attached at the 'Sources' or 'Person Sources' level in TIDE for every subject that is under investigation by the FBI
  - ○ Example: If an investigative subject was entered into TIPOFF/TIDE by way of the VGTOF IT Import and a Modify FD-930 has not been submitted since that time, there will not be an FD-930 in TIDE.
    - TIDE [        ] is an example of this.     b6
      b7C

5

## TSC's Minimum Entry Criteria For VGTOF

- Full First Name (no FNU).
  - A single initial constitutes a full first name.
- Full Last name (no LNU).
- Circa Year of Birth.
  - The TSDB auto-exports to the VGTOF a '11' for the month and/or day if either or
    both elements are not provided because the 'DOB' field in the VGTOF requires all
    eight characters to be populated.
- A Category Code **other** than 17 or 89.

- The VGTOF's minimum entry criteria is less stringent than what the TSC dictates. Because of
  the difference in minimum entry criteria, legacy records exist wherein the TSC's minimum entry
  criteria is not met. In these instances, mark the record appropriately (FBI SRC=Y) as if the
  TSC's minimum entry criteria has been met and:

  b6
  b7C
  - for FBI MILDET and AGDIR non-investigative subject nominations, provide the TIDE
    ID to [          ] for resolution; and
  - for investigative subject nominations and FBI Headquarters non-investigative subject
    nominations, create a QA ticket for resolution.

6

NCIC-VGTOF-8349

### Handling Codes

Each individual nominated for inclusion into the VGTOF must be assigned one of five Handling Codes, based on their investigative status and available biographic information. A description of each Handling Code and basic guidance for handling standard situations is as follows:

- **Handling Code 1**
  - Handling Code 1 is reserved for individuals who have been indicted in a U.S. Court on a Federal charge **and** a record for the individual has been established in the Wanted Persons File in the NCIC.
    - The charge does not have to be terrorism-related.
    - Interpol and other foreign warrants do not, in and of themselves, qualify a person to receive a Handling Code 1.
  - As of June 2007, the NCTC agreed to begin placing statements regarding an individual's Handling Code 1 status into the Common Comments field in the TIDE. The basic jargon will be:
    - 'As of MM/DD/YYYY, this person is a valid Handling Code 1. NCIC Wanted Person File record number W########.'
      - As of June 2007, the Handling Code 1 statements are only being entered based on the receipt of an FD-930 or at the TSC's request as a result of the Handling Code 1 Reconciliation Project.
  - Not all valid Handling Code 1 subject records may contain the Handling Code 1 statement in the Common Comments field in the TIDE. The absence of the

7

NCIC-VGTOF-8350

Handling Code 1 statement should not be interpreted to mean the individual is not a valid Handling Code 1.

o    All individuals that have been issued a Handling Code 1 (by the TREX Unit and/or the NCTC and/or the TSC) or, based on a review of the case file/derogatory information, appear to qualify for a Handling Code 1, must be sent to the VGTOF SME queue for review and handling. Handling Code 1 records are not to be processed outside of the VGTOF SME queue.

- **Handling Code 2**
  - o    Handling Code 2 is reserved for individuals who meet one of the following criteria:
    - -    Reasonable, articulable suspicion of criminal domestic or international terrorism activity; or
    - -    A commitment from the Department of Homeland Security that they will issue a 'Detainer' should the individual be encountered by law enforcement; or
    - -    Exigent circumstances which require immediate entry of a record. (A record nominated by an agency under these circumstances will be reviewed on the next business day following the entry of this record.)
  - o    The issuance of a Handling Code 2 requires a review and approval for legal sufficiency by both the FBI Field Office CDC **and** the FBI's OGC.
  - o    As of June 2007, the NCTC agreed to begin placing statements regarding an individual's Handling Code 2 status into the Common Comments field in the TIDE. The basic jargon will be:
    - -    'As of MM/DD/YYYY, this person is a valid Handling Code 2. Field Office CDC and FBIHQ OGC concurrence was obtained and is set forth in enter document file number(s) and serial number(s).'
      - ■    As of June 2007, the Handling Code 2 statements are only being entered based on the receipt of an FD-930 or at the TSC's request as a result of the Handling Code 2 Reconciliation Project.
  - o    Not all valid Handling Code 2 subject records may contain the Handling Code 2 statement in the Common Comments field in the TIDE. The absence of the Handling Code 2 statement should not be interpreted to mean the individual is not a valid Handling Code 2.
  - o    All individuals that have been issued a Handling Code 2 (by the TREX Unit and/or the NCTC and/or the TSC) or, based on a review of the case file/derogatory information, appear to qualify for a Handling Code 2, must be sent to the VGTOF SME queue for review and handling. Handling Code 2 records are not to be processed outside of the VGTOF SME queue.

8

b7E

- **Handling Code 3**
  - ○ Handling Code 3 is for individuals that do not qualify for Handling Code 1, 2, R or S (for DTs) **and** meet the TSC's minimum entry criteria.

- **Silent Hit Handling Codes R and S**
  - ○ Handling Code R: Routine Silent Hit
  - ○ Handling Code S: Sensitive Silent Hit*
  - ○ 
  - ○ 
  - ○ Within the NCIC, there is no operational difference between Handling Codes R and S. Handling Codes R and S are _____ Therefore, it is imperative that individuals that pose any degree of threat to the safety of an encountering law enforcement officer **not** be issued a Silent Hit Handling Code.
    - - Any individual for whom information is gleaned that indicates the individual is known to be armed and dangerous and/or has a documented propensity for violence must be issued a Handling Code 3, unless they otherwise qualify for a Handling Code 1 or 2.
  - ○ *Mere possession or ownership of weaponry or a concealed weapon permit is not sufficient justification for an individual to be excluded from being issued a Silent Hit Handling Code if they otherwise qualify for it. An individual's threat to any encountering law enforcement officer and/or their propensity for violence needs to be evidenced in accompanying derogatory information.*
  - ○ Only in rare situations will sole OGA nominations be authorized to receive a Handling Code R. OGA nominations that are deemed the 'same as' a subject under investigation by the FBI shall be issued Handling Code Rs, as long as the FBI subject qualifies for Handling Code R status.

9

## Cautions And Medical Conditions

- Within the NCIC, there are 17 unique alerts, also known as Cautions and Medical Conditions/CMCs, which may be added to the beginning of NCIC person records. Included in the 17 available CMCs are 'Armed and Dangerous' and 'Violent Tendencies'.

- It is expected that the recipients of VGTOF records will treat the individual they have encountered with the appropriate level of caution. To assist law enforcement officers in being adequately prepared, the statement 'Warning - Approach With Caution' precedes every terrorist record that is returned in response to an NCIC transaction and is the functional equivalent of 'Armed and Dangerous'.

- Inasmuch as the presence of a CMC, particularly 'Armed and Dangerous' and 'Violent Tendencies' will cause an officer to approach an individual with an extremely heightened state of alert and, in most cases, with their weapon drawn, the application of either of these CMCs must be well documented --- the available derogatory information must indicate the subject is Armed and Dangerous and/or has Violent Tendencies, or the available derogatory information describes the individual as likely being Armed and Dangerous and/or having Violent Tendencies.

10

NCIC-VGTOF-8353

- *Mere possession or ownership of weaponry or a concealed weapon permit is not sufficient justification to apply the 'Armed and Dangerous' and/or the 'Violent Tendencies' CMC.*

## <u>Who Should Be Watchlisted In VGTOF</u>

Assuming the TSC's minimum entry criteria has been met:

- All subjects of FIs.
  - If the individual's nexus to terrorism has **not** been ruled out, they are to remain watchlisted **even if the case has been closed.**
    - Cases are closed administratively for various reasons, to include the subject left CONUS, relocated to another Field Office's territory, whereabouts are unknown, deported, incarcerated, etc.
      - Example: In TIDE⬚⬚⬚ the TREX Unit erroneously processed and submitted a Removal FD-930 to the NCTC. The TSC did not catch this issue/error and, therefore, the individual was not watchlisted in the VGTOF from January 2007 to January 2008, even though his nexus to terrorism was well-documented by the FBI; in fact, he was indicted and tried on terrorism and other charges.

b6
b7C

- All subject's of <u>open</u> PIs.

11

- o Subjects of PIs **must** be dewatchlisted when the case is closed.
  - This is current 315 policy and is under review at this time.

- All FBI CJIS Division MILDET and AGDIR nominations.

- All FBI Headquarter's non-investigative subject nominations.

- All sole OGA records.

### Exemption Requests

An individual watchlisted as a known or appropriately suspected terrorist will be included in all supported systems if the individual meets the criteria for inclusion. An individual may be excluded from a particular supported system in rare cases when there is a reasonable and detailed operational justification for not including the individual in a particular supported system and the request for exclusion has been reviewed and approved by the TREX Unit and the TSC. (Reference HQ-00, Serial 54, dated 08/01/2005.)

Due to the VGTOF Silent Hit Handling Code, there is no such thing as an exclusion request for VGTOF.

### Who Should NOT Be Watchlisted In VGTOF (or the TSDB)

- Anyone who has been determined to have no nexus to terrorism or 'the allegations against the individual were determined to be without merit'.

- If it is believed that a criminal or other reason exists for an individual to remain in the VGTOF or any other downstream system but it has been determined that they have no nexus to terrorism, **they may not remain in the system with a terrorist record.**
  - o The agent/agency that wants them to remain in the system needs to coordinate their entry with a local representative from the agency that governs the system to have a non-terrorist record established.

- Category Code 17 records.

- Category Code 89 records.

12

## <u>What Records Should Be Marked FBI SRC=Y</u>

- Any record wherein the individual is under investigation by the FBI **and** the specific identity contained within the TIDE ID has been nominated by the FBI.
  - A thorough review of each identity that was nominated and the supporting documentation needs to occur.
    - Example: The FBI establishes a record in the VGTOF with the first name of 'Abu'; however, when the NCTC establishes the record in the TIDE, it is established as 'FNU'. In instances such as this, the record should be marked FBI SRC=Y.
  - The majority of records contained in the TIDE wherein the person is under investigation by the FBI and the identity was nominated by the FBI also contain biographical identifiers that were not submitted/nominated by the FBI. Because of this, the additional identifiers may not be in the VGTOF. However, these records must still be

13

NCIC-VGTOF-8356

marked FBI SRC=Y.

## What Records Should NOT Be Marked FBI SRC=Y

- FBI CJIS Division MILDET and AGDIR nominations.
- FBI Headquarters nominations wherein the individual is not under investigation by the FBI.
- Sole OGA nominations.

## How To Determine FBI SRC/VGTOF Status

To properly determine FBI SRC vs VGTOF status, each individual identity must be reviewed, to include reviewing the FBI-originated documents (FD-930 and/or 2004 VGTOF IT Import) and the VGTOF.

- In most instances, records with an FD-930 attached under 'Sources' **and** a NIC and an OCA (in the 'FBI Information' tab) have been entered into the VGTOF by the TREX Unit. Records meeting this criteria are to be marked FBI SRC=Y.

- The two exceptions to the above are:
  - When an FD-930 has been attached under 'Sources' in order to support placement of a

14

NCIC-VGTOF-8357

person-level attribute and **not** because the identity was nominated by the FBI.
- Person-level attributes include:
  - ■ CMCs
  - ■ USPER status
  - ■ TECS and/or VGTOF Silent Hit status
  - ■ Category Code
  - ■ Dead status

  - ■ Example: TPN [                    ]     b6
                  [          ]                b7C
    * The first three TIDE IDs were included on the FD-930; the last was not.
    * The FD-930 is attached under 'Sources' to all four records.
    * The FD-930 is attached to the last TIDE ID only to justify the TECS Silent Hit status.
    * The FBI Information was only applied to the first three TIDE IDs to indicate that they are the only FBI-nominated identities.

### Why Does It Matter How The Record Is Marked?

If records are not properly reviewed and marked today, we are increasing the probability of not encountering a known or appropriately suspected terrorist (because the information was not exported to the VGTOF when it should have been) and/or we are creating a TSC QA project for the future.

- Marking a record FBI SRC=Y prohibits the requisite transaction from being submitted to the VGTOF.
- Marking a record VGTOF=Y (and selecting 'SUBMIT') triggers the requisite transaction to be submitted to the VGTOF.

15

NCIC-VGTOF-8358

    ○    If the last reviewed nomination contains a NIC and OCA that was received from the TIDE, the TSDB will not send the requisite transaction to the VGTOF, even if the record is marked VGTOF=Y.

### VGTOF=Y..........What Happens Next?

When a record is marked VGTOF=Y and 'SUBMIT' is selected, the following occurs:

- The appropriate transaction is submitted to the VGTOF, which garners one of the following results:
  - ○ 'Add' - the transaction was successful.
    - This response results in a terrorist record being established, supplemented, or

16

- modified, as appropriate, and the NIC is returned to and stored in the TSDB.
  - o 'Duplicate Add' - the transaction was successful, but it appears to match another record in the NCIC.
    - This response results in a terrorist record being established, supplemented, or modified, as appropriate.
      - If the transaction was to establish/create a terrorist record, the NIC is returned to and stored in the TSDB.
  - o 'Duplicate Reject' - the transaction was unsuccessful.
    - This response results in a record not being established, modified or supplemented, depending on the type of transaction that was sent.
    - If the transaction was to establish/create a terrorist record, a NIC will not be returned to or stored in the TSDB; however, the record will remain VGTOF=Y in the TSDB.
  - o 'Reject - Not On File' - the transaction was unsuccessful.
    - This response results in a record not being modified, supplemented or deleted, depending on the types of transaction that was sent.
  - o 'Edit Error' - the transaction was unsuccessful due to the fact that there is a formatting or code error.
    - This response results in a record not being established, modified or supplemented, depending on the type of transaction that was sent.
    - If the transaction was to establish/create a terrorist record, a NIC will not be returned to or stored in the TSDB ;however, the record will remain VGTOF=Y.

All terrorist records in the VGTOF have a TSC operational ORI: DCTSC0100, DCTSC0200, DCTSC0300, DCTSC0400, DCTSC0500, DCTSC0600, DCTSC0700, DCTSC0800 or DCTSC0900.

Incremental ORIs are necessary to work around the NCIC validation criteria/edits that are in place to enforce the person-level record concept that is the foundation of the NCIC, and to allow the TSC to better support the intelligence community's way of watchlisting terrorists at the identity level.

When exported from the TSDB, records are (in most cases) exported using the first ORI in the series provided above. If the transaction is 'duplicate rejected', it is automatically re-sent using the next ORI in the series. This process is repeated until the record response is 'add' or 'duplicate add'. If the final ORI in the series is reached and all responses have been 'duplicate reject', the transaction is not affected in the VGTOF, be it the establishment of a new record, the modification of an existing record, or the supplementation of an existing record.

A new ORI structure and/or modifications to the NCIC that will better support terrorist

17

watchlisting at the identity level is being devised.

## <u>How To See What's Happened To A Record</u>

- Dump Consumer Message Report
  - ○ 'Reports' tab.
  - ○ 'Export' folder.

18

b6
b7C

- o 'Dump Consumer Message: Report Consumer Messages' (third from the bottom)
  - May be run by TSC ID or TSDB ID.
  - The majority of records contained in the TSDB have all of their TSDB-to-NCIC and NCIC-to-TSDB activity logged in this report.

## Deciphering 'The Dump' Report

### Transaction Types/Codes

- EGMT: Add transaction.
- EGMN: Supplemental transaction.
  - o Sent using NAM and NIC.
- MGM: Modify transaction.
  - o Sent using NAM and NIC, unless the NAM is what is being modified, in which case the NIC and OCA is sent.
- XGM: Cancel transaction.
  - o Sent using NIC and OCA.
- XGMN: Cancel a supplemental data field transaction.
  - o Sent using NAM and NIC.

Header and transaction lines to the NCIC are in period delimited formats --- each period represents a field in the VGTOF. The following is a partial view of what you would see if you run a 'Dump' Report on TSC ID [        ]

**An add/EGMT transaction was sent establishing the record in the VGTOF:**

| | EGMT | |
|---|---|---|
| | ...........INTRNTL XTMST*IFBI.HANDLING CODE | |
| 3*IFBI.H.NONEXP | NONUPSER NC | FULL NAME: |
| | | |

**A supplemental/EGMN transaction was sent adding one AKA and three alternate DOBs to the record:**

| | EGMN | NAM |
|---|---|---|
| | AKA | |
| DOB | | |

**A supplemental/EGMN transaction was sent adding one AKA to the record:**

| | EGMN | NAM |
|---|---|---|
| | AKA | |

19

A cancel supplemental/XGMN transaction was sent to cancel/delete one AKA and two
alternate DOBs from the record:

| | KGMN | | NAM | |
|---|---|---|---|---|
| | AKA | | | DOB | |

A modify/MGM transaction was sent to add the subject's height to the record:

b6
b7C

| | MGM | | NAM | |
|---|---|---|---|
| | HGT/511 | | | |

A cancel/XGM transaction was sent to cancel/remove the record from the VGTOF:

| | XGM | |
|---|---|---|

**Who Entered That Record?**

20

- DTE of 20050507 and after with an all numeric OCA are TSC-entered.
  - ○ TSC IDs are the OCAs for records entered or modified beginning in November 2006.
  - ○ TSDB IDs are the OCAs for records entered prior to and not modified after November 2006. (A special project in November/December 2006 reconciled the majority of these, so there should not be too many in the VGTOF.)
- DTE of 20040808 and before with an alpha-numeric OCA are FBI-entered (either by the TREX Unit, the FBI Field Office or the CJIS Division).
- DTE of 20040809 and after with an alpha-numeric OCA may be TSC- or FBI-entered.

For additional indicators, look at the VGTOF 'MIS' field:

- TSDB maps the following data fields to export to the VGTOF 'MIS' field in the following order:

  - ○ MILDETxx or AGDIRxx (if applicable to the record).
  - ○ USPER status
  - ○ TIDE ID (in the 'NC-######' format, if a TIDE ID exists)
  - ○ Full Name (if the base name of the record was truncated because it exceeded 30 characters)
  - ○ PPT Country(ies)

- The 'MIS' field formatting/mapping, above, does not definitively mean that the TSC entered the record, due to the fact that, in several known instances, the TREX Unit adopted our 'MIS' field data format for FBI investigative subject nominations and, in other instances, they 'commandeered' TSC-entered records and modified them to appear to be FBI-entered records.

21

## Deconfliction

Instances arise wherein an intelligence community entity, normally the FBI, determines an individual to have no nexus to terrorism; however, one or more other entities believe that a nexus exists.

In these instances, NCTC and TSC Analysts work to coordinate a definitive decision by the disagreeing entities.

- o   If the individual is the subject of an FBI investigation, the FBI 'trumps' the disagreeing agency.
- o   If the disagreeing agency provides derogatory information that was not addressed by/during the FBI case, the individual will remain watchlisted until such time as the derogatory information is refuted.

NCIC-VGTOF-8365

## What To Send To The VGTOF SME

- Any record being upgraded to, downgraded from or maintained as a Handling Code 1 or 2.
  - o  Look in the ACS.
  - o  Look in the NCIC.
  - o  Look in the TIDE Common Comments for:
    - -  a Handling Code 1 or 2 statement.
      - ■  Currently only being entered based on the receipt of an FD-930 or at the TSC's request as a result of the Handling Code 1 & 2 Reconciliation Project.
    - -  a reference to the individual having been indicted in a U.S. Court on a Federal charge.
      - ■  Interpol and other foreign warrants do not, in and of themselves, qualify a person to receive a Handling Code 1 or 2 status.
- Any unique/strange situation for which additional guidance is needed and you are not able to locate a VGTOF SME for consultation.

## What NOT To Send To The VGTOF SME

- Records that appear to qualify for export to the VGTOF but are not sent by the NCTC as VGTOF=Y.
  - o  Conduct the requisite drill-down/review to determine if a valid reason exists to not export the record to the VGTOF. (Hint: There are no valid reasons if minimum entry criteria is met.)
  - o  If none exists, mark the record as VGTOF=Y citing the reason for the change as 'Individual qualifies for export to the VGTOF' (or something along this line).
  - o  Making the change in the single review queue and not opening a QA Ticket will ensure that the NCTC receives the change in the Feedback Report (as long as the change is being affected in the single review queue).
- Records that do not appear to qualify for a Handling Code R.
  - o  Conduct the requisite drill-down/review to determine if the subject qualifies for a Handling Code R.
    - -  Reference HQ 315-00, Serial 59, dated 07/25/2006.
  - o  If justification is not found, open a QA Ticket.

23

NCIC-VGTOF-8366

## <u>Processing Delete Actions For FBI Nominations</u>

- Delete actions, to include those for FBI nominations, need to be thoroughly reviewed.
  - ○ Search the ACS.
  - ○ Search the VGTOF.
- It is not uncommon for the TREX Unit to submit 'Removal' FD-930s to the NCTC when it is inappropriate to do so.
  - ○ The NCTC has not been able to catch and stop all of them.
  - ○ Reference Pages 11 - 12 of this Manual regarding who should and should not be in the VGTOF.
  - ○ If you receive a delete nomination or a modify nomination setting all exports to 'N' wherein the Removal FD-930 was submitted and processed in error, **send the nomination to the TECS SME.**
- It is not uncommon for the TREX Unit to submit 'Removal' FD-930s when it is appropriate to do so; however, they did not remove the FBI-entered record from the VGTOF.
  - ○ Reference Pages 11 - 12 of this Manual regarding who should and should not be in the VGTOF.
  - ○ If you receive a delete nomination in the single review queue wherein the Removal FD-930 was submitted in processed in accordance with existing policy but the TREX Unit did not remove the FBI-entered record from the VGTOF, **print a copy of the VGTOF record and provide it to any QA Analyst for resolution.**

24

NCIC-VGTOF-8367

# DOCUMENTS 3 & 4

OPCA-20 (12-3-96)

XXXXXX
XXXXXX
XXXXXX

## FEDERAL BUREAU OF INVESTIGATION
## FOIPA
## DELETED PAGE INFORMATION SHEET

_58_ Page(s) withheld entirely at this location in the file. One or more of the following statements, where indicated, explain this deletion.

X Deletions were made pursuant to the exemptions indicated below with no segregable material available for release to you.

| Section 552 | | Section 552a |
|---|---|---|
| ☐ (b)(1) | ☐ (b)(7)(A) | ☐ (d)(5) |
| ☐ (b)(2) | ☐ (b)(7)(B) | ☐ (j)(2) |
| ☐ (b)(3) | ☐ (b)(7)(C) | ☐ (k)(1) |
| _____ | ☐ (b)(7)(D) | ☐ (k)(2) |
| _____ | ☐ (b)(7)(E) | ☐ (k)(3) |
| _____ | ☐ (b)(7)(F) | ☐ (k)(4) |
| ☐ (b)(4) | ☐ (b)(8) | ☐ (k)(5) |
| X (b)(5) | ☐ (b)(9) | ☐ (k)(6) |
| ☐ (b)(6) | | ☐ (k)(7) |

☐ Information pertained only to a third party with no reference to the subject of your request or the subject of your request is listed in the title only.

☐ Documents originated with another Government agency(ies). These documents were referred to that agency(ies) for review and direct response to you.

_____ Pages contain information furnished by another Government agency(ies). You will be advised by the FBI as to the releasability of this information following our consultation with the other agency(ies).

_____ Page(s) withheld inasmuch as a final release determination has not been made. You will be advised as to the disposition at a later date.

_____ Pages were not considered for release as they are duplicative of _____

_____ Page(s) withheld for the following reason(s): _____

_____

X The following number is to be used for reference regarding these pages:
NCIC-VGTOF - 8368-8425

Documents # 3 + 4
(DRAFT SOPs)

XXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X  No Duplication Fee   X
X     for this page     X
XXXXXXXXXXXXXXXX

XXXXXX
XXXXXX
XXXXXX

FBI/DOJ

# DOCUMENT 5

Sensitive But Unclassified



# STANDARD OPERATING PROCEDURES:
## Nominations Process

## Nominations & Data Integrity Unit

### April 23, 2007

DOCUMENT 5

NCIC-VGTOF-8426

Sensitive But Unclassified

Sensitive But Unclassified

## TSC STANDARD OPERATING PROCEDURES: Nominations Process

# Table of Contents

| | | |
|---|---|---|
| I. | Introduction | 1 |
| II. | Supported Systems & Minimum Criteria | 2 |
| | A. TSA No-Fly & Selectee Lists | 3 |
| | B. VGTOF & FBI Sole Source | 5 |
| | C. CLASS | 8 |
| | D. TUSCAN & TACTICS | 9 |
| | E. IBIS | 10 |
| III. | TSC Nominations Process | 11 |
| | A. File Ingest Procedures | 11 |
| | B. Single Review Queue | 15 |
| | C. Subject Matter Expert Review | 24 |
| | 1. TSA No-Fly & Selectee | 25 |
| | 2. IBIS | 28 |
| | D. Supported System Export | 29 |
| | 1. TSA | 30 |
| | 2. VGTOF | 34 |
| | 3. ACS | 35 |
| | 4. DOS | 36 |
| | 4. IBIS | 39 |
| | E. Domestic Terrorist Entry Procedure | 43 |
| | F. Feedback Reporting | 54 |

# Appendices

| | | |
|---|---|---|
| A. | Acronyms | 58 |
| B. | Reference Sheet: Minimum Criteria for TSC Export | 59 |
| C. | Reference Sheet: Integrated Nominations Process Overview | 61 |
| D. | No Fly Implementation Guidance | 62 |
| E. | INA/Category Codes | 86 |
| F. | U.S. Person Definition | 87 |

NCIC-VGTOF-8427

Sensitive But Unclassified

Sensitive But Unclassified

**TSC STANDARD OPERATING PROCEDURES: Nominations Process**

# I. Introduction

Six days per week the staff of the TSC Nominations and Data Integrity Unit receive, process and export nominations of known or appropriately suspected terrorists for inclusion in the United States Government's consolidated terrorist watchlist, the Terrorist Screening Database (TSDB). This Standard Operating Procedure (SOP) details this process.

Sensitive But Unclassified

### TSC STANDARD OPERATING PROCEDURES: Nominations Process

## II. Supported Systems & Minimum Criteria

The Terrorist Screening Database (TSDB) is the United States Government's consolidated terrorist watchlist. TSDB is owned by the TSC and contains biographic information on all known or appropriately suspected terrorists, both Domestic and International. Currently, subsets of TSDB are exported to various entities within government tasked with conducting terrorism screening. The TSC supported systems, databases receiving exported sub-sets of TSDB, currently are as follows:

- **Transportation Security Administration (TSA) No Fly List**
- **TSA Selectee List**
- **NCIC Violent Gang and Terrorist Organization File (VGTOF)**
- **Department of State (DOS) Consular Lookout and Support System (CLASS)**
- **TIPOFF US-Canada (TUSCAN)**
- **TIPOFF US-Australia (TACTICS)**
- **Interagency Border Inspection System (IBIS)**

Descriptions of each supported system and minimum criteria to be considered for TSDB export to them can be found in this section.

NCIC-VGTOF-8429

Sensitive But Unclassified

### TSC STANDARD OPERATING PROCEDURES: Nominations Process

## II.A:  Supported Systems & Minimum Criteria:
## TSA No-Fly & Selectee Lists

### Description:

The No Fly & Selectee Lists are sub-sets of TSDB owned by the Transportation Security Administration.  These are lists of known or appropriately suspected terrorists used by public carriers, both airline and other modal, to screen their passengers.  The No Fly List "is a list of individuals who are prohibited from boarding an aircraft."[1]  The Selectee List "is a list of individuals who must undergo additional security screening before being permitted to board an aircraft."[2]                                                          b3 49 CFR Section 1520.5(a)

---

[1] http://www.tsa.gov/research/privacy/faqs.shtm
[2] Ibid.
[3] See Appendix D for a full list id INA Category Codes and their meanings.
) See Section II.B for a description of VGTOF Handling Codes

Sensitive But Unclassified

NCIC-VGTOF-8430

Sensitive But Unclassified

**TSC STANDARD OPERATING PROCEDURES: Nominations Process**

# II.B: Supported Systems & Minimum Criteria: VGTOF & FBI Sole Source

## Description:

Terrorist records contained in the Violent Gang and Terrorist Organization File (VGTOF), a sub-set of TSDB owned by the Department of Justice, is a segment of the National Crime Information Center (NCIC). NCIC is a vast database queried by federal, tribal, state and local law enforcement agencies in performance of their duties.

## Minimum Criteria:

In order for a known or suspected terrorist to be nominated for inclusion in VGTOF, the following biographic information is required:
- **First Name**
- **Last Name**
- **Circa Year of Birth**
  - Historically, exceptions for this requirement have been made by the Federal Bureau of Investigation (FBI), most commonly with Military Detainees (MILDETS) or watchlisting as a result of Attorney General Directive for LEGAT records. (AGDIR)

As with all TSDB records, the nominated individual must be a known or appropriately suspected terrorist. As a result, a derogatory information review on individuals nominated for inclusion in VGTOF must demonstrate a nexus to terrorism, or an active investigation to ascertain whether a nexus to terrorism exists.

## Handling Codes

Each individual nominated for inclusion in VGTOF is assigned one of six Handling Codes (HC) based on the investigative status of an individual, their available biographic information or the desire of the FBI to "silently" watchlist the subject. A description of each HC and basic guidance for handling non-standard situations is as follows:

### Handling Code 1

Handling Code 1 is reserved for individuals who are the subject of formal indictments. An agency nominating a record for this category must ensure that the arrest warrant is current and active in the Wanted Persons File in NCIC.

Subject should be run in NCIC and Warrant Number should be written in the Edit Systems Identifiers allocated slot in TSDB. If the warrant number is not in NCIC and the

NCIC-VGTOF-8431

Sensitive But Unclassified

5

Sensitive But Unclassified

subject has a current valid indictment follow through with the FBI Terrorist Review & Examination Unit (TREX), and or Case Agent to ensure that the subject has been entered into NCIC Wanted file correctly.

## Handling Code 2

Handling code 2 is reserved for individuals who meet one of the following criteria:

- Reasonable, articulable suspicion of criminal domestic or international terrorism activity, or
- A commitment from the Department of Homeland Security (DHS) that they will issue a "Detainer" should the individual be encountered by law enforcement, or
- Exigent circumstances which require immediate entry of the record. (A record nominated by an agency under these circumstances will be reviewed on the next business day following the entry of this record.)

Nominations of records to the TSC with this handling code will require a particularized review of the intelligence records by the appropriate individual to determine if ay of the above standards are satisfied. **To use Handling Code 2, a review and approval for legal sufficiency by both the Chief Division Counsel and the Office of General Counsel is required for this entry. You must utilize the FBI computer, specifically the ACS section to perform confirmation research. If the case agent has not secured and provided the CDC and OGC approval the subject must be changed to a Handling Code 3 until the legal authority can be provided.**

**Handling Code 3 and Handling Code 4 will be analyzed and assessed by the individual analyst.**

## Handling Code 3

Full Name (no FNU/LNU) and a complete (mm/dd/yyyy) Date of Birth

**OR**

Full Name (no FNU/LNU) and a true Passport Number

Note: A true Passport Number is defined as not having a 'NONE Number' or 'TSC Number' in the Passport field of the client record. It is not a requirement that a Country of Issuance (COI) be identified in the client record.

## Handling Code 4

Name and incomplete DOB

NCIC-VGTOF-8432                          **Sensitive But Unclassified**

**Sensitive But Unclassified**

See Handling Code 3 guidance. All other client records not meeting the criteria set forth above, and they are not valid Handling Code 1s, 2s or Silent Hits, shall be designated as Handling Code 4s.

## Silent Hit (Routine or Sensitive)

Silent hits are not displayed when using the standard VGTOF query. As law enforcement officers may be unaware of a potential threat when encountering silent hit subjects, armed and dangerous (A&D) subjects will not be included in VGTOF as silent hits. A subject will be deemed A&D if there is derogatory information in the FD-930 indicating the subject is A&D or other available source reporting including EC's, cables, or other intelligence products describes the subject as likely being A&D. TSC will make changes to A&D subjects who have been nominated as a silent hit to the respective VGTOF handling code and notify the case agent and TREX accordingly. Generally, other government agencies (OGA) should not be nominating subjects as silent hits. If OGA nominates a subject as a silent hit, TSC will change the nomination from a silent hit to the respective VGTOF handling code and notify NCTC.

# FBI Sole Source

FBI Sole Source records are not considered a separate exported sub-set of TSDB. Instead, these individuals are distinctly identified because, as a result of the FBI terrorist nomination process, they are already entered in VGTOF by TREX prior to their arrival at the TSC. As a result, TSC export to VGTOF is unnecessary. In order to prevent unnecessary duplication of records in VGTOF, these individuals are then marked as FBI Sole Source.

 **Sensitive But Unclassified**

Sensitive But Unclassified

TSC STANDARD OPERATING PROCEDURES: Nominations Process

# II.D:  Supported Systems & Minimum Criteria: TUSCAN & TACTICS

## Description:

TIPOFF US-Canada (TUSCAN) and TIPOFF US-Australia (TACTICS) are sub-sets of TSDB shared with the Canadian and Australian governments, respectively.

## Minimum Criteria:

In order for an individual to be nominated for inclusion in either TUSCAN or TACTICS, the following biographic information is required:
- **First Name**
- **Last Name**
- **Year of Birth**

Certain other conditions also exist when examining a nomination for inclusion in TUSCAN or TACTICS:
- Dead people are ineligible for inclusion in either list.
- Individuals with Category Code 17 (Spouse or Child of a known or appropriately suspected terrorist) or Category Code 98 (Lost or Stolen Passport) are ineligible for inclusion in either list.[6]
- US Citizens and US Persons[7] are ineligible for inclusion in either list.
- "Silent" Hits are ineligible for inclusion in either list.[8]
- Canadian Citizens are ineligible for inclusion in TUSCAN.

As with all TSDB records, the nominated individual must be a known or appropriately suspected terrorist. As a result, a derogatory information review on individuals nominated for TSC inclusion in either TUSCAN or TACTICS must demonstrate a reasonable suspicion of ties to terrorism.

---

[6] See **Appendix D** for a full list id INA Category Codes and their meanings.
[7] See **Appendix F** for the definition of a US Person
[8] See **Section II.B** for a description of VGTOF Handling Codes

Sensitive But Unclassified

NCIC-VGTOF-8434

**Sensitive But Unclassified**



**General** - # of unassigned nominations marked for the given export eligibility or handling code

**SME** - # of nominations marked for the given export eligibility or handling code that have been forwarded to a SME

**Total** – total for the given export eligibility or handling code

**Note:** the numbers under Overall Progress do not necessarily add up to the total number of nominations because a nomination can have multiple export eligibilities and also have a handling code of 1 or 2 and thus will be listed in more than one category under Overall Progress.

6. Click the **Get Next Nomination** button to select the next nomination in the queue.

7. The selected nomination is displayed on the screen. Once you select a nomination, other users will not be able to review it. Each user can review only one nomination (or group of alias nominations) at a time. If you attempt to open multiple windows of the Single Review Queue, the same nomination will appear in each window and may cause unexpected issues.



**Note:** CLASS PPT is grayed out because the rules are applied in TSDB Client-Server after the ingest.

**Previous Values**

**Note:** The Cancel button returns the record to the queue without saving changes made to it.

b6
b7C

NCIC-VGTOF-8435

Sensitive B

16

Sensitive But Unclassified

⑧ The nomination including the export recommendations as modified by the import business rules is displayed across the top of the screen. Previous values, if applicable, for the VGTOF handling code, the Silent Hit indicator, the INA code, and the export recommendations are displayed below that.

9. The light pink boxes indicate export eligibilities that are selected for "Post" but which do not currently have a valid Cartesian which qualifies. Scrolling over these boxes brings up a pop-up message indicating this.



Note: the light pink boxes will appear with all nominations when they are first displayed.

b6
b7C

10. The resulting Cartesians are listed below the nomination. Overall problems are listed under the Cartesians.

11. The "Previous" column next to each Cartesian indicates the Cartesian's previous validity. Previous validity can take one of three forms:

- **Valid**--the previous version of the Cartesian was marked "Valid"
- **Invalid**--the previous version of the Cartesian was marked "Invalid"
- **New**--this Cartesian is new and there is no previous version

Note: SRQ will present "Modify" nominations that have not been previously seen in the queue as "New".

Sensitive But Unclassified

Sensitive But Unclassified

12. The [View Nom] button opens the Identity Analysis History Report in a new window allowing you to see the history of the TIDE ID.



b6
b7C

13. Each Cartesian initially appears without a check mark (✓) in the "Valid" box and will not show its export eligibilities. You should consult the source information available in TIDE Online to verify which Cartesian records are valid.

14. Check the "Valid" box for each valid Cartesian which is supported by the source information.

15. Click the [Refresh] button to run the valid Cartesians against the business rules. The refreshed screen shows the results of the Cartesians being run against the business rules for the selected export eligibilities. Boxes with a check mark in them indicate customers set to receive the given Cartesian records.

16. Verify the export eligibilities, VGTOF handling code, Silent Hit indicator, INA code, and the US Person indicator for the Cartesians making the appropriate changes to the nomination. Whenever you modify any of these fields, you will be prompted to add comments explaining the reason for the change.

NCIC-VGTOF-8437

Sensitive But Unclassified

**Sensitive But Unclassified**

17. For training purposes, suppose you decide to change the VGTOF handling code to 1.[9]
A comment box appears for you to enter a reason for changing the handling code.



b6
b7C

18. Click the **Save Comment** button to save the comment. A pencil icon appears next
to the VGTOF handling code label indicating a change to the version of the nomination
sent from TIDE.

19. Click the **Refresh** button to run the valid Cartesians against the business rules. The
refreshed screen shows the results.

---

[9] NOTE: This is for demonstration purposes only. Current protocol dictates that all Handling Code 1 and 2
nominations are deferred to the VGTOF Subject Matter Experts (SMEs) for verification and entry of code-specific
data. Details on how to defer a record can be found later in this section.

**Sensitive But Unclassified**

Sensitive But Unclassified

## Forwarding Nomination to SME

There are five basic situations in which a User should forward a SRQ record to a Subject Matter Expert (SME) in one of four areas (TSA, VGTOF, DOS. IBIS):

1. If the User is unable to validate export eligibility for a Supported System, or is unsure if a nominated individual qualifies for export to that System, the record should be deferred to the most appropriate SME.
2. If a nominated individual is exported to TSC with a Handling Code of 1 or 2—or the User believes the individual meets the criteria for either Handling Code—then the record must be deferred to the VGTOF SME for validation & processing.
3. If the User recommends any change to a nominated individual's TSA No-Fly or Selectee eligibility, then the record must be deferred to the TSA SME for appropriate coordination or notification.  (See TSA SME Section for details on NCTC notification and "72-hour" coordination rule.)
4. If the User recommends any change to a nominated individual's TUSCAN or TACTICS eligibility, then the record must be deferred to the DOS SME for review and concurrence.
5. If the User believes that the exported nomination, or modification, should be rejected for any reason, then the record must be exported to the IBIS SME for further review and concurrence prior to TSC action.

If the nominated individual meets any of the above criteria, or the User feels that the record requires examination by a more experienced Analyst then the record can/should be deferred to a SME as follows:

1. Click the Defer button to forward the nomination to a SME.



Sensitive But Unclassified

NCIC-VGTOF-8439

21

**Sensitive But Unclassified**

2. A pop-up window appears. Add a comment in the comment box explaining why the nomination is being forwarded to the SME. Then select the SME to whom you want to forward the nomination. There are SMEs for TSA, Department of State, VGTOF, and IBIS.

3. Click the [Defer] button to defer the nomination.



**Note:** if you decide not to forward the nomination, click the [Cancel Defer] button.

**Sensitive But Unclassified**

Case 1:16-cv-06028-R
Document 732
Filed 01/25/43
Page 45 of 72
Page ID#
15969

## TSC STANDARD OPERATING PROCEDURES: Nominations Process

# III.C:  Subject Matter Expert Review

Within the Nominations and Data Integrity Unit, individuals that have a great deal of experience in an area or are a designated representative from their parent agency are considered Subject Matter Experts. (SMEs)  The NDIU currently has four different types of SMEs: TSA, VGTOF, Department of State and IBIS.  SMEs serve primarily as a point of reference for SRQ users in one of three ways:

- A SME is the primary point of contact for SME users who require guidance as to interpretation of minimum criteria, derogatory threshold requirements and guidance documents for their respective areas.  Often a SRQ user can obtain clarification on proper watchlisting protocol in an area, resolving a potential issue prior to completion of the record.  If an issue requires a greater level of analytical ability and cannot be resolved by the SRQ user, records within the SRQ may be deferred directly to a SME for final resolution.

- SMEs are, in most cases, the final authority with regard to watchlisting within their respective supported systems.  Should a SRQ user believe a change in watchlisting status be required in TSA No Fly or Selectee lists, or the Department of State's TUSCAN or TACTICS programs,  they must defer the record to the respective SME for review.  In the narrative box required upon deferral, the SRQ user must enter the recommended change as well as the basis for their recommendation.

- SMEs also act as a point-of-contact with outside parties with regard to their respective supported systems.  In some cases the SME coordinates the data export to the system, feedback to nominating parties and responds to inquiries regarding their system from other TSC customer agencies.

NCIC-VGTOF-8441

Sensitive But Unclassified

### TSC STANDARD OPERATING PROCEDURES: Nominations Process

# III.D.2: Supported System Export
# VGTOF

Records that are received, reviewed and validated via the SRQ are ingested into the TSDB. After being ingested into the TSDB, records whose VGTOF Export Eligibility is 'Y' are routed to NCIC-VGTOF electronically.

Records that are manually entered into the TSDB—as is the case with expedited and Domestic Terrorist (DT) nominations—and whose VGTOF Export Eligibility is 'Y' are directed to the VGTOF Review Queue. When the record is reviewed and accepted in the VGTOF Review Queue, it is routed to NCIC-VGTOF electronically.

Existing records that are modified within the TSDB whose VGTOF Export Eligibility is 'Y' are directed to the VGTOF Review Queue. When the record is reviewed and accepted in the VGTOF Review Queue, it is routed to NCIC-VGTOF electronically.

In June 2005, near-real-time transactional capability between the TSDB and NCIC-VGTOF was established. This connectivity allowed for the transmission of a transaction (add, modify or delete) to VGTOF and receipt of NCIC's response in approximately 60 seconds. With the release of the SRQ, the TSDB's near-real-time transactional capability with NCIC-VGTOF was negated inasmuch as rather than the records whose VGTOF Export Eligibility is 'Y' being submitted to NCIC-VGTOF after it is reviewed and accepted, all records in the SRQ are ingested into the TSDB at one time so a queue is formed sending the transactions one at a time. Transaction times now vary from several hours to in excess of one day or longer if there are transmission difficulties. With the planned release of TSDB v1.9 (scheduled for late-August 2006), near-real-time transactional capability between the TSDB and NCIC-VGTOF should be restored; however, the capability will always be hindered should transmission difficulties exist.

Sensitive But Unclassified

Sensitive But Unclassified

TSC STANDARD OPERATING PROCEDURES: Nominations Process

# III.E: Domestic Terrorist Entry Procedures

This section details the process whereby known or appropriately suspected Domestic Terrorists (DTs) are entered into TSDB and identifies the TSDB fields in which record data received on a DT FD-930 form should be entered to enable the form data to be transmitted systematically to NCIC/VGTOF.

## 1   Purpose

Through the implementation of the TSDB 1.4 project, a DT record received by TSC via an FD-930 form can be entered into both TSDB and NCIC/VGTOF with a single manual data entry point. By entering the FD-930 form data into TSDB using the instructions and guidelines in this document, a formatted GMC transaction will be generated for systematic real-time transmission to NCIC/VGTOF.

## 2   Responsible Parties

The responsible parties for carrying out the guidelines of this procedures document are the FBI representatives assigned to the TSC Nominations staff.

## 3   Required Equipment/Tools

To complete the procedures defined in this document, the user will need access to the production TSDB client/server interface (TSDB 1B) and, optionally, the TSDB 1.4 reports interface. The reports interface is not required for the entry of DT records into TSDB; rather, it provides the user with feedback regarding both data values that may not have been transmitted to NCIC due to formatting errors and the status of the NCIC transactions a user generates and transmits through his or her actions with the TSDB 1B interface.

## 4   Entering DT FD-930 Forms into TSDB

The TSDB 1B Client screen and Bio List provide the necessary fields to enter all FD-930 form data into a single record for transmission to NCIC. The following sections address each of the pieces of the FD-930 form and identify the TSDB fields in which FD-930 form data should be entered to enable the data to be transmitted to NCIC.

### 4.1   Mandatory Fields

The first section of the FD-930 form contains the mandatory data fields for creation of the record, as shown in the figure below.

                     Sensitive But Unclassified

Sensitive But Unclassified

FD-930 (Rev. 8-19-04)

### NCIC Violent Gang and Terrorist Organizations File (VGTOF)
### Gang Member Entry Form

(NCIC Gang Group and Subgroup codes are activated (not entered) by the FBI CJIS Division at telephone number 304-625-3000 and fax number 304-625-5393. Once activated the Gang Group and Subgroup codes must be entered into NCIC by the originating agency's NCIC operator. After the Gang Group and Subgroup the member belongs to has been entered, the gang member record may then be entered into NCIC by the originating agency.)

☐ Initial Submission      ☐ Supplements Initial Submission      ☐ Removal

**MANDATORY FIELDS\***      Date _____

| | ☐ Gang Member | | ☐ Terrorist Member | | | |
|---|---|---|---|---|---|---|
| Name_____ | | | | | Sex____ | Race_____ |
| ** | Height_____ | Weight_____ | Eye_____ | Hair_____ | | |
| Gang_____ | | | Subgroup_____ | | | |
| File =_____ | | | Entry Criteria Code_____ | | | |
| (OCA) | | | (Must be A. G. or H or any 2 character combination of B. C. D. E. F. G. or H) | | | |

\*\* _____ ONE OF THE FOLLOWING (Please see reverse side for _____)

To enable data from these fields to be transmitted systematically to NCIC via TSDB 1.4, enter the data as follows:

### Submission Type

The type of submission marked on the FD-930 form does not need to be entered into a field in the TSDB record. However, it will determine whether a new TSDB record should be created or an existing record should be modified, deleted, or marked as ineligible for VGTOF.

### Gang Member/Terrorist Member Checkbox

By default, all transactions submitted from TSDB to NCIC are sent as Terrorist Member transactions. There is no field in TSDB that will allow you to override this value in the NCIC transaction that is sent.

### Name

The primary name on the FD-930 form should be entered into the **First Name** and **Last Name** fields on the TSDB Main Client screen.

### Sex

The value entered in the Sex field of the form should be entered into the TSDB Main Client screen **Sex** field only if the value is M or F. If the form indicates the subject's sex is unknown, leave the TSDB field blank.

### Race

Enter the subject's race into the TSDB Bio List using the **Race** bio code entry. TSDB 1.4 will automatically convert the text value to the proper NCIC code (e.g., White will be transmitted as 'W', Asian as 'A'). If the subject's race is unknown, do not enter a value in the Bio List—TSDB 1.4 will send 'U' when no race value exists in the record.

### Height

Enter the subject's height into the TSDB Bio List using the **Height** bio code entry. Enter the subject's height in inches only (i.e., if the subject is 6' 1" enter 72). TSDB 1.4 will convert the value to the NCIC height format.

NCIC-VGTOF-8444      Sensitive But Unclassified

Sensitive But Unclassified

### Weight

Enter the subject's weight into the TSDB Bio List using the **Weight** bio code entry. The weight should be entered in pounds, and should include only the numeric value (i.e., '210' not '210 lbs.').

### Eye

Enter the subject's eye color into the TSDB Bio List using the **Eyes** bio code entry. Eye color can be entered using either the NCIC code or the full text of the color. For example, both 'BROWN' and 'BRO' can be entered in TSDB.

### Hair

Enter the subject's hair color into the TSDB Bio List using the **Hair** bio code entry. Hair color can be entered using either the NCIC code or the full text of the color. For example, both 'BROWN' and 'BRO' can be entered in TSDB.

### Gang

The Gang value that is sent from TSDB 1.4 in the NCIC transaction is determined by the presence or absence of a TIPOFF/TIDE ID in the record. If the record has a TIDE ID, the NCIC transaction will be sent using the International Extremist gang code; if there is no TIDE ID, the Domestic Extremist code will be sent as the gang affiliation. There is no need to manually enter a Gang value in the TSDB record for DT FD-930 forms.

### Subgroup

The Subgroup value that is sent from TSDB 1.4 in the NCIC transaction is automatically generated based on: 1) the record's VGTOF Handling Code, and 2) whether the record is IT or DT based on the existence of a TIDE ID. The value string required in the Subgroup position in the NCIC transaction will be automatically generated by TSDB 1.4, and does not need to be entered into the TSDB record.

### File #

Enter the case file number (OCA) in the **OCA** field on the TSDB Main Client screen.

### Entry Criteria Code

You can enter the ECR value from the FD-930 into the TSDB Bio List using the **FBI ECR** bio code entry. If you do not enter an ECR value in the TSDB record, TSDB 1.4 will use the default ECR value of 'H' in the generation and transmission of the NCIC transaction.

Sensitive But Unclassified

Sensitive But Unclassified

### 4.2 Additional Identifiers

The next section of the FD-930 form provides the additional identifier information for the record, as shown in the figure below.



To enable data from these fields to be transmitted systematically to NCIC via TSDB 1.4, enter the data as follows:

#### Date of Birth (DOB)

Enter the subject's primary date of birth on the TSDB Main Client screen in the **DOB** field. If additional dates of birth are listed on the FD-930, these should be entered in the Bio List under the **ALT DOB** bio code entry using the same format as the **DOB** field (ddMONyyyy).

#### Social Security Number (SOC #)

Enter the subject's social security number in the Bio List under the **Social Security Number** bio code entry. If an FD-930 contains multiple SOC values, enter each value as a separate entry in the Bio List. The social security number value may be entered with or without hyphens; TSDB 1.4 will strip out any hyphens when it generates the NCIC message.

#### Place of Birth

Enter the subject's place of birth in the Bio List under the **FBI POB** bio code entry. If an FD-930 contains multiple POB values, enter each value as a separate entry in the Bio List.

#### USPER or non-USPER

The subject's US Person status should be entered in the **US Person** field on the TSDB Main Client screen as either 'YES' for a USPER or 'NO' for a non-USPER. This value will be entered in the MIS field in the NCIC message.

#### FBI Number

Enter the subject's FBI Number in the Bio List under the **FBI Number** bio code entry.

---

NCIC-VGTOF-8446

Sensitive But Unclassified

**Sensitive But Unclassified**

### Miscellaneous Numbers

If the MNU is a passport, enter the value in the **Passport** field on the TSDB Main Client screen. Do not enter the 'PP-' prefix, as it will be added to the passport number when the NCIC message is generated. Also, if an issuing country is identified for the passport number, enter it in the Main Client screen **COI** field. (Note: If the FD-930 does not have a passport number with an issuing country, you will need to enter 'XXX – Unknown' as the COI in order to save the record.)

If the FD-930 contains multiple passport numbers, the additional values should be entered in the Bio List using the **ALT PPT** bio code entry. Additional information for alternate passport entries can be entered using the **PPT INFO** bio code; however, this data does not map to the NCIC messages and would need to be entered directly into the VGTOF record.

For MNU values other than passports, the Bio List contains several codes that correspond to the MNU prefixes. When using these bio codes, enter the value exactly in its normal format. Do not enter the prefix in the field, as it will be added during the generation of the message. Also, do not drop any alphabetic characters from the military serial numbers, as they will be removed during the message formatting (e.g., for an Air Force Serial Number, when you enter RA1234567 in the Bio List, the NCIC message will send AF-1234567).

The list of Bio Codes that correspond to the non-passport MNU types are listed in the following table.

| VGTOF MNU | VGTOF CODE | TSDB BIO CODE |
|---|---|---|
| Air Force Serial # | AF | |
| Air National Guard Serial # | AS | |
| Alien Registration # | AR | ALIEN REGISTRATION # |
| Army Serial # | AS | ARMY OR NG SERIAL # |
| Canadian Social Insurance # | CI | |
| Marine Corps Serial # | MC | |
| Mariner's Document or ID # | MD | |
| National Guard Serial # | AS | ARMY OR NG SERIAL # |
| Navy Serial # | NS | |
| Originating Agency Police or ID # | OA | VGTOF ORINGATING AGENCY # |
| Personal ID # (State-issued) | PI | PERSONAL IDENTIFICATION # |
| Port Security Card # | PS | |
| RCMP ID or Fingerprint Section # | MP | |
| Selective Service # | SS | |
| U.S. Coast Guard Serial # | CG | |
| Veterans Administration Claim # | VA | |

NCIC-VGTOF-8447

**Sensitive But Unclassified**

47

Sensitive But Unclassified

### Operator's License Information

Operator's license data from the FD-930 form can be entered into the Bio List using either the **Drivers License** or the **Operator License** bio codes. All three values for the license information need to be entered into the same Bio List entry in a specific format to enable TSDB 1.4 to format the data into the NCIC message. Each element of the Operator License data set must be preceded by its 3-character NCIC field code and a colon, and each code-value pair should be separated on the line by a single space, as in the following example:

**OLN:123456789 OLS:TX OLY:2008**

The state value can be entered using either the NCIC code or the full state name. If one of the three values in the data set is not listed on the FD-930, enter the field code and colon only. Because NCIC requires all three elements to accept an Operator License, if not all license data is entered TSDB 1.4 will not include any of the license information in the message it generates for transmission.

Note: For the purposes of making it possible to provide driver's license information to other customers in the future, it is preferred that when the license information pertains to an automobile driver's license the data should be entered using the **Drivers License** bio code. This will provide an additional level of specificity within TSDB.

### License Plate Information

Vehicle license plate data from the FD-930 form can be entered into the Bio List using the **Vehicle License** bio code. All four values for the license plate information need to be entered into the same Bio List entry in a specific format to enable TSDB 1.4 to format the data into the NCIC message. Each element of the Vehicle License data set must be preceded by its 3-character NCIC field code and a colon, and each code-value pair should be separated on the line by a single space, as in the following example:

**LIC:ABC123 LIS:NY LIY:2006 LIT:PC**

The state value can be entered using either the NCIC code or the full state name. If one of the four values in the data set is not listed on the FD-930, enter the field code and colon only. Because NCIC requires all four elements to accept a Vehicle License, TSDB 1.4 will not include any of the license plate information in the message it generates for transmission if all license plate data is not present in the Bio List entry.

### Vehicle Information

Vehicle information from the FD-930 form can be entered into the Bio List using the **Vehicle** bio code. All six values for the vehicle information need to be entered into the same Bio List entry in a specific format to enable TSDB 1.4 to format the data into the NCIC message. Each element of the vehicle data set must be preceded by its 3-character NCIC field code and a colon, and each code-value pair should be separated on the line by a single space, as in the following example:

**VIN:ABCD1234 VYR:2002 VMA:TOYOTA VMO:COROLLA VST:SEDAN VCO:
BLACK**

NCIC-VGTOF-8448

Sensitive But Unclassified

**Sensitive But Unclassified**

The vehicle information values can be entered using either the NCIC code or the full text of the data. For example, the same information above could be entered as:

**VIN:ABCD1234 VYR:2002 VMA:TOYT VMO:COA VST:SD VCO:BLK**

If one of the values in the data set is not listed on the FD-930, enter the field code and colon only. Because NCIC requires the VIN, Year, Make and Style elements to accept a Vehicle entry, TSDB 1.4 will not include any Vehicle information in the NCIC message if any of these four elements are not present in the Bio List entry. The Vehicle Model and Color values are optional, and the Vehicle info will be sent even if they are not entered. However, the 3-character field codes need to be included in the Bio List entry to enable TSDB 1.4 to properly parse the data for creation of the NCIC message.

### 4.3 Optional Fields

The final section on the front page of the FD-930 form provides the optional fields for the record, as shown in the figure below.



To enable data from these fields to be transmitted systematically to NCIC via TSDB 1.4, enter the data as follows:

### Skin Tone

Enter the subject's skin tone into the TSDB Bio List using the **Skin Tone** bio code entry. TSDB 1.4 will automatically convert the text value to the proper NCIC code (e.g., Olive will be transmitted as 'OLV', Light as 'LGT'). If the subject's skin tone is unknown, do not enter a value in the Bio List.

NCIC-VGTOF-8449

**Sensitive But Unclassified**

Sensitive But Unclassified

### Place of Birth

Enter the subject's place of birth in the Bio List under the **FBI POB** bio code entry. If an FD-930 contains multiple POB values, enter each value as a separate entry in the Bio List. Place of birth data is entered using a format similar to vehicle and driver's license information, as shown in the following examples.

#### Locality:Albany StateOrProvince:NY Country:US

Each element tag is necessary only if there is a value for that element (i.e., if no city is listed, you do not need to enter 'Locality:' in the field). The value for StateOrProvince needs to be entered using the two-character NCIC code. TSDB 1.4 will send this value in the NCIC message when it exists in the bio entry.

The Country value must be entered either as the country full name, or the two-letter FIPS country code that is part of the TWPDES standard. The FIPS code is required instead of the NCIC code for country because the place of birth data in records received from TIDE follows the FIPS country code list and is written to the same bio code. When a country code is entered TSDB 1.4 will assume it is a FIPS country code and will translate it to the corresponding NCIC code when there is no StateOrProvince value to send for place of birth.

### Fingerprint Classification

Enter the subject's fingerprint classification into the TSDB Bio List using the **FBI FP Desc** bio code entry. TSDB 1.4 does not perform any translation of this value in creating the NCIC message, so the fingerprint classification value you enter must be in the format required by NCIC or it will not be sent. If the subject's fingerprint classification is unknown, do not enter a value in the Bio List.

### Scars, Marks, and Tattoos

There are several Bio List codes that are used when entering SMT data from the FD-930 record. For example, if the SMT value is a scar, enter the value using the **Scars** bio code; if it is a tattoo, enter the value under the **Tattoos** bio code. The other bio code entries that will map to the NCIC SMT field code are **Glasses** and **Physical Deformities**. SMT information can be entered using either the NCIC codes or the full text description.

### Cautions & Medical Conditions

Enter any CMCs for the subject in the Bio List under the **FBI CMC** bio code entry. If an FD-930 contains multiple CMC values, enter each value as a separate entry in the Bio List. Enter the text value for the CMC in the bio entry, and TSDB 1.4 will automatically convert the text value to the proper NCIC numeric code. For example, if you enter 'Armed and Dangerous' as a FBI CMC, the NCIC transaction will send the '00' code.

### Date of Purge

All NCIC transactions sent from TSDB are sent with the 'NONEXP' date of purge value. There is no field in TSDB that will store an overriding purge date.

### Notify Originating Agency

All NCIC transactions sent from TSDB are sent with the NOA value set to 'Y'. This value cannot be overridden.

NCIC-VGTOF-8450

Sensitive But Unclassified

Sensitive But Unclassified

**Miscellaneous**

Currently, TSDB 1.4 is configured to automatically write certain information to the NCIC MIS field, included the subject's passport country, full name (if it exceeds the 30 character limit), TIDE ID (for IT records only), and US Person status. FBI Agent point of contact information that needs to be included in the MIS field should be entered into the Bio List using the **???** bio code entry.

Additional information that would normally be entered into the MIS field (e.g., additional detail for SMTs such as tattoo designs, etc.) can be entered into TSDB using the **FBI Comments** bio code entry. However, TSDB 1.4 is not currently set up to include data from the **FBI Comments** in the messages it transmits to NCIC due to QA concerns over the data that currently exists in this field for some TSDB records.

Therefore, at this time any detailed information that is placed in the FBI Comments field in TSDB during data entry from an FD-930 form will also need to be manually entered into the NCIC record once TSDB 1.4 has successfully sent the transaction.

(This issue is currently being assessed, and will be resolved in a future release.)

**Additional Identifiers/Aliases**

Additional identifying information (e.g., additional vehicles, Social Security Numbers, or MNUs) should be entered in the same manner as the original value for that field. If the original value is entered in a Main Client screen field that allows only one value, such as DOB, enter the additional values in the corresponding Bio List field.

Aliases and variant names should be entered in the Bio List under the **FBI AKA** bio code entry in 'Last Name, First Name' format. If an FD-930 contains multiple variant name values, enter each value as a separate entry in the Bio List.

**NCIC Number**

There should be no need to enter an NCIC ID from an FD-930 form into TSDB. If the FD-930 is a new entry, it will not have an NCIC ID listed on the form. If it is a modify, supplement or cancel submission, the NCIC ID listed on the form—if present—can be used to retrieve the TSDB record that corresponds to the FD-930 form.

**Supporting Document Serial Number**

TSDB does not support the Supporting Document Serial Number field.

## 4.4 Handling Code and Other Watchlist Recommendations

The Handling Code assignment and watchlist recommendation checkboxes on the second page of the FD-930 (as shown below) must also be entered into the TSDB record.

NCIC-VGTOF-8451

Sensitive But Unclassified

**Sensitive But Unclassified**

VGTOF Handling Code recommendation for terrorism cases:

▪1 _____ ▪2 _____ ▪3 _____ ▪4 _____ Routine Silent Hit _____

Other Terrorist Screening Databases

It is recommended the subject NOT be entered into the following selected terrorist screening databases

☐   Consular Lookout and Support System (CLASS)

☐   Interagency Border Information System (IBIS)

☐   TSA No Fly List

☐   TSA Selectee List

☐   TUSCAN

☐   TACTICS

All subjects of international terrorism investigations (315 classification) -- both Preliminary Investigations and Full Investigations -- shall be

To enter the data from this section of the form, use the following information.

### VGTOF Handling Code

Enter the VGTOF Handling Code for the subject in the VGTOF Eligibility window that can be opened from the Main Client screen.

### Watchlists

For a new TSDB record, all export eligibilities are set to 'N' by default. If a watchlist checkbox on the FD-930 is checked, you do not need to set the eligibility field; if a watchlist's checkbox is blank on the form, enter a 'Y' in the appropriate eligibility field on the TSDB record. Also, set the VGTOF eligibility to 'Y' when you create the record.

## 5   DT Record Review and Transmission

Once you have entered all of the FD-930 form data and saved the record in TSDB, you will need to review and accept the record for transmission to NCIC via the VGTOF Review form. The review process for the DT records works in the same manner as the existing VGTOF review. Once you bring up the record in the Review screen and accept it for export, TSDB 1.4 will format and send the message to NCIC, receive the response, and, if the transaction is successful (i.e., and add or duplicate add), will post the NCIC ID back to the TSDB record. If the record contains multiple values for one or more fields, TSDB 1.4 will automatically generate and submit the appropriate supplemental entry transactions to send the additional data to NCIC.

## 6   Creating Additional Records for Other Watchlists

If a record created from an FD-930 form has multiple names that were entered as **FBI AKA** values, the final step in the data entry process is to create additional TSDB records for each of the alias names. This will enable the additional names to be both queried via the Fuzzy

NCIC-VGTOF-8452                        **Sensitive But Unclassified**

Sensitive But Unclassified

Finder tool and exported to other customer watchlists. The alias records should not be
created until the primary record has been transmitted to NCIC and the NCIC ID has been
posted back into the primary record. Once the primary record displays the NCIC ID on the
Main Client screen, perform the following steps to create the alias records.

1. Display the primary record on the Main Client screen.
2. In the Alias block at the center of the screen, double-click the first blank field in the
   Passport column. A Create Alias window will display.
3. In the Create Alias window, enter the alias name and the country value you entered
   for the primary record (unless the alias record will have a different passport number
   with a different country value) in the appropriate fields and click OK.
4. The newly created record should display on the Main Client screen. Copy and paste
   the NCIC ID from the primary record into the **NCIC ID** field in the alias record.
   Also, the alias record will be created with a system-generated 'TSC' passport number.
   If the FD-930 contains actual passport numbers, you can copy and paste (or directly
   type) the passport number into the alias record.
5. To complete the creation of the alias record, change the VGTOF export eligibility
   flag to 'N' and the FTTTF eligibility flag to 'Y', then save the record. This will
   identify the record as an alias record and will prevent duplicate information from
   being sent to NCIC. All other export eligibility flags should match the eligibilities of
   the primary record.
6. Repeat this process for any additional alias/aka names, alternate dates of birth, and
   alternate passport numbers on the FD-930 form.

Sensitive But Unclassified

Sensitive But Unclassified

## TSC STANDARD OPERATING PROCEDURES: Nominations Process

# Appendix A. Acronyms

| | |
|---|---|
| ACS | FBI Automated Case Support System |
| AGDIR | Attorney General Directive watchlisting |
| CBP | US Customs and Border Protection |
| CLASS | DOS Consular Lookout And Support System |
| DHS | Department of Homeland Security |
| DOS | Department of State |
| DOJ | Department of Justice |
| DT | Domestic Terrorist/Terrorism |
| EXC | Exclude from System Export in SRQ |
| FBI | Federal Bureau of Investigation |
| FBINET | FBI Secret-Collateral Operational Network |
| FOUO | Unclassified // For Official Use Only |
| HC | VGTOF Handling Code (Followed by 1-4, R or S) |
| IBIS | Interagency Border Inspection System |
| INR | DOS Bureau of Intelligence and Research |
| INRISS | DOS INR Information Support System SCI Operational Network |
| ISSO | TSC Information Systems Security Officer |
| IT | International Terrorist/Terrorism |
| LEO | Law Enforcement Officer |
| MILDET | Military Detainee |
| NCIC | National Crime Information Center |
| NCTC | National Counterterrorism Center |
| NOL | NCTC Online Collaboration Area |
| OGA | Other Government Agency. Can refer to any government entity except FBI. |
| POS | Post. Include in System Export in SRQ |
| SBU | Sensitive But Unclassified |
| SCION | FBI SCI Operational Network |
| SME | Subject Matter Expert |
| SRQ | Single Review Queue |
| TACTICS | TIPOFF US-Australia |
| TIDE | Terrorist Identities Datamart Environment. Database containing derogatory information on all IT subjects. |
| TIPOFF | Database now known as TIDE |
| TREX | FBI Terrorist Review & Examination Unit |
| TSA | Transportation Security Administration |
| TSCNET | TSC SBU-Collateral Operational Network |
| TSDB | TSC Terrorist Screening Database |
| TUSCAN | TIPOFF US-Canada |
| VGTOF | Violent Gang and Terrorist Organization File in NCIC |

NCIC-VGTOF-8454     Sensitive But Unclassified



NCIC-VGTOF-8455

UNCLASSIFIED // FOR OFFICIAL USE ONLY

# U.S. Government Integrated Terrorist Nominations Process

September 16, 2005

Case 5:23-cv-00080-JD   Document 7-12   Filed 01/27/23   Page 60 of 72

# DOCUMENT 6

Law Enforcement Sensitive

For Official Use Only

| FD-930<br>Revised<br>03-08-2007 | FEDERAL BUREAU OF INVESTIGATION<br>**GANG OR TERRORIST MEMBER WATCHLISTING FORM**<br>**NCIC-VGTOF for Gang Members/National Watchlisting for Terrorist Members** |
|---|---|

**Form Validation:**
This form has many validation rules. Hints are provided as the form is completed, and when completed you can check the form in its entirety by clicking the "Validate Form" button below. The validation warning banners do not refresh automatically, you must click the button each time you want to check the form. You can save the form with validation errors and return to it later to correct them.

## NOT VALID

### REQUEST TYPE

| Subject Type: | Type of Investigation: | Date: |
|---|---|---|
| ☐ Gang Member | ☐ Preliminary Investigation | |
| ☐ Subject of International Terrorism Case | ☐ Full Investigation | |
| ☐ Subject of Domestic Terrorism Case | | |

Type of Request:

☐ Initial Submission

☐ Remove Individual from **ALL** Watchlisting and Supported Systems

☐ Add Data To Existing Record

☐ Modify or Delete Data from Existing Record

### CASE INFORMATION

| Substantive Case Number: | | Serial Number of EC supporting this FD-930: | Serial Number of the NOI or LHM: |
|---|---|---|---|
| NCIC (NIC) Number: | Case Agent or Analyst Name: | | Phone Number: |

Entry Criteria Code:

☐ A-admitted membership in a gang or terrorist organization at the time of his/her arrest or incarceration

☐ B-has been identified by an individual of proven reliability as a group member

☐ C-has been identified by an individual of unknown reliability as a group member and that information has been corroborated in significant respect

☐ D-has been observed by members of the entering agency to frequent a known group's area, associate with known group members and/or affect that group's style of dress, tattoos, hand signals, or symbols

☐ E-has been arrested on more than one occasion with known group members for offenses consistent with group activity

☐ F-has admitted membership in the identified group at any time other than arrest or incarceration

☐ **G-Terrorist acting alone**

☐ **H-Subject is suspected or believed to be associated with terrorism or a terrorist organization**

### BIOGRAPHICAL INFORMATION

| Last Name: | | | First/Middle Name: | |
|---|---|---|---|---|
| Race: | | | Skin Tone: | |
| Sex: | | | Fingerprint Class: | |
| Height: | Weight: | Hair Color: | | Eye Color: |

Cautions and Medical Conditions: (Enter up to 10)
Condition:                                    Further Description:

| Date(s) of Birth associated with this unique identity: (Enter up to 9) | Social Security Number(s) associated with this unique identity: (Enter up to 9) |
|---|---|
| Month:              Day:       Year: | |

DOCUMENT 6

NCIC-VGTOF-10070

Operator's License Number associated with this unique identity:          Year of Expiration:

| State/Location Category: | State/Location Value: |
|---|---|

FD-930 (Revised 03-08-2007)                    Page 1 of 3                    FEDERAL BUREAU OF INVESTIGATION

Law Enforcement Sensitive

For Official Use Only

## SCARS, MARKS, TATTOOS AND OTHER PHYSICAL CHARACTERISTICS

SMT: (Enter up to 9)

| Category: | Item: | Code: |
|---|---|---|
| | | |

Scar/Mark/Tattoo/Other Characteristic Descriptive Information:

| Additional Identifiers: | Miscellaneous: |
|---|---|
| | |

## NATIONALITY

| U.S. Person: | Passport Number: | Passport Country of Issuance: |
|---|---|---|
| ☐ Yes ☐ No | | |

| Place of Birth Category: | Place of Birth Location: |
|---|---|
| | |

Country of Citizenship:

## ALIASES

Does your subject have any known aliases?    ☐ Yes    ☐ No

## VEHICLE INFORMATION

| License Plate Number: | License Plate Type: | License Plate Exp Year: |
|---|---|---|
| | | |

| State/Location Category: | State/Location Value: |
|---|---|
| | |

| Color 1: | Color 2: |
|---|---|
| | |

Style:

| Year: | VIN: | Make: | Model: |
|---|---|---|---|
| | | | |

## MISCELLANEOUS NUMBERS

FBI Number:

Other Miscellaneous Numbers:
Description:                                                                         ID Number:

## RECOMMENDED HANDLING CODE

The case agent will recommend a Handling Code for terrorist records based on nomination criteria set forth below. The Terrorist Screening Center (TSC) will review the case agent's nominations and make the final determination as to the appropriate Handling Code and other supported systems to which the subject is entered or removed.

Is the individual a sworn law enforcement agency employee?
(This includes local/state/federal/military/tribal/territorial law enforcement.)                              ☐ Yes    ☐ No

| Handling Code | | Description |
|---|---|---|
| 1. | ☐ | Handling Code 1 is reserved for individuals who are the subject of formal criminal charges or indictments. An agency nominating a record for this category must ensure that the arrest warrant is current and active in the Wanted Persons File in NCIC. |
| 2. | ☐ | Handling Code 2 is reserved for individuals for whom the Department of Homeland Security (DHS) has or will issue a 'Detainer' should the individual be encountered by law enforcement. Nominations of records to the TSC with this Handling Code will require a particularized review of the intelligence records. **To use Handling Code 2, a review and approval for legal sufficiency by the Chief Division Counsel and the Office of the General Counsel is required.** |
| 3. | ☐ | Handling Code 3 is reserved for those records which contain a full first and last name and a complete date of birth or a full first and last name and a passport number. |
| Silent Hit. | ☐ | **A Silent Hit is silent only when queried through NCIC, NCIC.gov, or N-DEx system.** The law enforcement agency that queries NCIC does not receive any indication that the subject has been entered in VGTOF. |

## NO FLY LIST

Law Enforcement Sensitive                                                              49 CFR Section 1520.5(a)(3)

| Is the individual qualified for placement on the No Fly List? | ☐ Yes  ☐ No |
|---|---|
| If no, is the individual qualified for placement on the Selectee List? | ☐ Yes  ☐ No |

b3

## EXCLUSION FROM SUPPORTED SYSTEMS

An individual watchlisted as a known or appropriately suspected terrorist will be included in all supported systems if the individual meets the criteria for inclusion. An individual may be excluded from a particular supported system in rare cases when there is a reasonable and detailed operational justification for not including the individual in a particular supported system and the request for exclusion has been reviewed and approved by the Terrorist Review and Examination Unit (TREX Unit) and the Terrorist Screening Center (TSC). (Reference HQ 315-00, Serial 54, dated 08/01/2005.) A detailed explanation of each supported system is available on the TSC's webpage on the Counterterrorism Division's (CTD's) Intranet website and in previously disseminated ECs.

Supported System(s) for which you are requesting exclusion:

| Check to Exclude | System | Description |
|---|---|---|
| ☐ | CLASS | The Department of State's name check system for visas and passports. |
| ☐ | IBIS | The Department of Homeland Security's primary integrated lookout system available at U.S. ports of entry. |
| ☐ | No Fly List | The List of passengers prohibited from boarding a plane within or destined for the U.S. |
| ☐ | Selectee List | The lookout system for individuals that warrant secondary screening prior to boarding a plane. |
| ☐ | TUSCAN | Canada's border lookout system. |
| ☐ | TACTICS | Australia's border lookout system. |
| ☐ | VGTOF | A file in NCIC serving as the FBI's lookout system for gang groups and members, as well as known or appropriately suspected terrorists. |

Enter file number that provides justification for excluding the subject from one or more supported systems:

Enter serial number that provides justification for excluding the subject from one or more supported systems:

Enter file number that documents TREX Unit's and TSC's approval: (TREX Unit will enter this information, if request is approved)

Enter serial number that documents TREX Unit's and TSC's approval: (TREX Unit will enter this information, if request is approved)

Nomination Log: (For Use By TREX, NCTC and TSC Only)

NCIC-VGTOF-10072

# DOCUMENT 13

| | |
|---|---|
| From: | |
| Sent: | Thursday, October 15, 2009 11:13 AM |
| To: | |
| Attachments: | VGTOF Training Records_LIVE System.doc; FW Current VGTOF Handling Codes from TSC.htm |

b2
b6
b7C

Please see the attached.  This is utilized for dispatcher training. Not sure if you need this or not.

External Training and Outreach Coordinator
Terrorist Screening Center

office
blackberry

```
ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 02-19-2010 BY uc/baw 60324
```

NCIC-VGTOF-10653

1

DOCUMENT 13

# NCIC Message / CATEGORY 1

"*** LAW ENFORCEMENT SENSITIVE INFORMATION ***

WARNING – APPROACH WITH CAUTION

THIS INDIVIDUAL IS ASSSOCIATED WITH TERRORISM AND IS THE SUBJECT OF AN ARREST WARRANT, ALTHOUGH THE WARRANT MAY NOT BE RETRIEVABLE VIA THE SEARCHED I DENTIFIER. IF AN ARREST WARRANT FOR THE INDIVIDUAL IS RETURNED IN YOUR SEARCH OF NCIC, DETAIN THE INDIVIDUAL PURSUANT TO YOUR DEPARTMENT'S PROCEDURES FOR HANDLING AN OUTSTANDING WARRANT, AND IMMEDIATELY CONTACT THE TERRORIST SCREENING CENTER (TSC) AT [          ] FOR ADDITIONAL DIRECTION.

IF AN ARREST WARRANT FOR THE INDIVIDUAL IS NOT RETURNED, USE CAUTION AND IMMEDIATELY CONTACT THE TSC AT [          ] FOR ADDITIONAL DIRECTION WITHOUT OTHERWISE EXTENDING THE SCOPE OR DURATION OF THE ENCOUNTER. IF YOU ARE A BORDER PATROL OFFICER IMMEDIATELY CALL THE NTC.

UNAUTHORIZED DISCLOSURE OF TERRORIST WATCHLIST INFORMATION IS PROHIBITED. DO NOT ADVISE THIS INDIVIDUAL THAT THEY MAY BE ON A TERRORIST WATCHLIST. INFORMATION THAT THIS INDIVIDUAL MAY BE ON A TERRORIST WATCHLIST IS PROPERTY OF THE TSC AND IS A FEDERAL RECORD PROVIDED TO YOUR AGENCY THAT MAY NOT BE DISSEMINATED OR USED IN ANY PROCEEDING WITHOUT THE ADVANCE AUTHORIZATION OF THE TSC.

***LAW ENFORCEMENT SENSITIVE INFORMATION***"

b2
b6
b7C
b7E

ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
DATE 02-19-2010 BY uc/baw 603224

December 2008

# NCIC Message / CATEGORY 2

"*** LAW ENFORCEMENT SENSITIVE  INFORMATION ***

WARNING – APPROACH  WITH  CAUTION

THIS  INDIVIDUAL  IS  OF  INVESTIGATIVE  INTEREST  TO  LAW  ENFORCEMENT  REGARDING  ASSOCIATION  WITH  TERRORISM  AND
THERE  MAY  BE  A  DETAINER  AVAILABLE  FROM  THE  DEPARTMENT  OF  HOMELAND  SECURITY  FOR  THIS  INDIVIDUAL.

IMMEDIATELY  CONTACT  THE  TERRORIST  SCREENING  CENTER  A T  [          ] OR, IF  YOU  ARE  A  BORDER  PATROL
OFFICER,  IMMEDIATELY  CALL THE  NTC  TO  ASCERTAIN  IF A  DETAINER  IS  AVAILABLE FOR  THE  INDIVIDUAL  AND  TO  OBTAIN
ADDITIONAL  DIRECTION.  PLEASE  QUESTION  THIS  INDIVIDUAL  TO  ASSIST  THE  TSC IN  DETERMINING  WHETHER  THE
INDIVIDUAL  ENCOUNTERED  IS  THE  SUBJECT  OF A  DETAINER  WITHOUT  OTHERWISE  EXTENDING  THE  SCOPE  OR  DURATION
OF  THE  ENCOUNTER.

UNAUTHORIZED  DISCLOSURE  OF  TERRORIST  WATCHLIST  INFORMATION  IS  PROHIBITED.  DO  NOT ADVISE  THE  INDIVIDUAL
THAT  THEY  MAY  BE  ON  A  TERRORIST  WATCHLIST.  INFORMATION  THAT  THIS  INDIVIDUAL MAY  BE ON  A  TERRORIST
WATCHLIST  IS  PROPERTY  OF  THE  TSC  AND  IS  A  FEDERAL  RECORD  PROVIDED  TO  YOUR  AGENCY  THAT  MAY  NOT  BE
DISSEMINATED  OR  USED IN  ANY  PROCEEDING  WITHOUT  THE  ADVANCE  AUTHORIZATION  OF THE  TSC.

***LAW  ENFORCEMENT  SENSITIVE  INFORMATION***"

b2
b6
b7C
b7E

December 2008

NCIC-VGTOF-10647

# NCIC Message / CATEGORY 3

"***LAW ENFORCEMENT SENSITIVE INFORMATION***

DO NOT ADVISE THIS INDIVIDUAL THAT THEY MAY BE ON A TERRORIST WATCHLIST.

CONTACT THE TERRORIST SCREENING CENTER (TSC) AT⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽DURING THIS ENCOUNTER. IF THIS WOULD EXTEND THE SCOPE
OR DURATION OF THE ENCOUNTER, CONTACT THE TSC IMMEDIATELY THEREAFTER. IF YOU ARE A BORDER PATROL OFFICER
IMMEDIATELY CALL THE NTC.

ATTEMPT TO OBTAIN SUFFICIENT IDENTIFYING INFORMATION DURING THE ENCOUNTER WITHOUT OTHERWISE EXTENDING THE
SCOPE OR DURATION OF THE ENCOUNTER, TO ASSIST THE TSC IN DETERMING WHETHER OR NOT THE NAME OR IDENTIFIER(S) YOU
QUERIED BELONG TO AN INDIVIDUAL IDENTIFIED AS HAVING POSSIBLE TIES WITH TERRORISM.

DO NOT DETAIN OR ARREST THIS INDIVIDUAL UNLESS THERE IS EVIDENCE OF A VIOLATION OF FEDERAL, STATE OR LOCAL
STATUTES.

UNAUTHORIZED DISCLOSURE IS PROHIBITED.

INFORMATION THAT THIS INDIVIDUAL MAY BE ON A TERRORIST WATCHLIST IS THE PROPERTY OF THE TSC AND IS A FEDERAL
RECORD PROVIDED TO YOUR AGENCY ONLY FOR INTELLIGENCE AND LEAD PURPOSES. THIS RECORD, AND ANY INFORMATION
CONTAINED WITHIN IT, MAY NOT BE DISCLOSED OR USED IN ANY PROCEEDING WITHOUT THE ADVANCE AUTHORIZATION OF THE
TSC.

WARNING – APPROACH WITH CAUTION

"***LAW ENFORCEMENT SENSITIVE INFORMATION***"

b2
b6
b7C
b7E

December 2008

NCIC-VGTOF-10648



**Terrorism Quick Reference Card**

Handling Codes

**Handling Code 1:** Approach with caution. The individual is the subject of an arrest warrant. If a warrant is returned, detain the individual pursuant to your department's procedures and immediately contact the TSC. If a warrant is not returned, use caution and immediately contact TSC for additional direction without otherwise extending the scope/duration of the encounter.

**Handling Code 2:** Approach with caution. There may be a detainer available from DHS for this individual. Immediately contact the TSC to ascertain if a detainer is available. Please question the individual to assist the TSC in identifying the individual without otherwise extending the scope or duration of the encounter.

**Handling Code 3:** Contact the TSC during this encounter. If this would extend the scope or duration of the encounter, contact the TSC immediately thereafter. Attempt to obtain sufficient identifying information during the encounter without extending its scope or duration. Do not detain or arrest this individual unless there is evidence of a violation of federal, state or local statutes.

# TSC Phone Number:

b2
b6
b7C
b7E

NCIC-VGTOF-10649



**Terrorism Quick Reference Card**

First responding officers should be aware of suspicious indicators that may suggest a possible terrorist threat. Upon receiving a possible match to a known or suspected terrorist, pursuant to an NCIC query, encountering law enforcement agencies should contact the Terrorist Screening Center (TSC) at the number below. The suspicious indicators should be considered collectively in assessing a possible threat. This quick reference guide is intended to provide practical information for first responding officers but may not encompass every threat or circumstance.

## TSC Phone Number:

b2
b6
b7C
b7E

NCIC-VGTOF-10650

b7E

NCIC-VGTOF-10651

b7E