**CHAMBERS MINUTE SHEET**

CIVIL CASE NO. CIV-23-00080–JD                                               DATE  January 30, 2023

Saadiq Long                                          -v-  Chief Wade Gourley, et al.

COMMENCED 11:30 a.m.            ENDED 11:45 a.m.            TOTAL TIME 15 minutes

PROCEEDINGS  Telephonic Status Conference

JUDGE JODI W. DISHMAN          DEPUTY NYSSA VASQUEZ          REPORTER N/A

PLF.'S COUNSEL  Veronica Y. Laizure, Esq., Gadeir Abbas, Esq., Hannah Mullen, Esq., and Justin Sadowsky, Esq.

DFTS.' COUNSEL Katie Goff, Esq., Sherri Katz, Esq., Richard Mann, Esq. (for Defendant Chief Wade Gourley) and Stacey Felkner, Esq. (anticipated to represent some of the individual officers)

Counsel for the parties appear telephonically as noted above. Status conference held.

First, the Court ORDERS Plaintiff's counsel (Veronica Y. Laizure) to file her Entry of Appearance within 7 days from today (or by 2/6/2023). Additional Plaintiff's counsel should promptly file their Entries of Appearances or motions for pro hac vice in compliance with this Court's Local Rules. Counsel for Defendants are also instructed to file their Entries of Appearances as soon as Defendants have been properly served and/or appeared.

Second, the parties are advised to follow this Court's Chambers Procedures for Civil Cases, the Federal Rules of Civil Procedure, this Court's Local Rules, and the W.D.O.K. ECF Policies & Procedures Manual. Any filings that fail to comply with these rules will be stricken.

The Court next discusses Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") [Doc. No. 7]. Counsel for Plaintiff and counsel for Defendant Chief Wade Gourley confirm the Motion is only directed at Defendant Gourley and that notice of the Complaint [Doc. No. 1] and Motion have been received by counsel for Gourley. *See also* [Doc. No. 8]. Counsel for Gourley raise their position that the correct party to this case should be the City of Oklahoma City and not Gourley in his official capacity. Counsel for Plaintiff and Chief Gourley confirm they have not participated in a meet and confer regarding the TRO aspect of the Motion or the proper party/correct defendant issue raised in this call.

The Court ORDERS the parties (1) to participate in a mandatory and meaningful meet and confer regarding the TRO-aspect of the Motion and the issue with proper party name raised by counsel for Chief Gourley and (2) to file a notice with this Court regarding the outcome of the meet and confer by Wednesday, February 1, 2023. The Court waives the requirement to conduct the meet and confer in person given the inclement weather this week. Should the parties require additional time to

meaningfully confer and file the notice, they should reach out to this Court's deputy clerk by joint e-mail to request additional time and the Court will extend the time if it is agreed.

Upon its initial review, the Court anticipates that the parties should be able to reach some form of agreement on the emergency-nature of the TRO request that resolves the TRO aspect of the Motion and leaves the preliminary injunction aspect to be decided after full briefing. If the parties are unable to reach an agreement that resolves the TRO aspect of the Motion, the Court anticipates setting the parties for expedited briefing. The Court alerts the parties to its criminal docket.