IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAADIQ LONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-00080-JD |
| | ) |
| CHIEF WADE GOURLEY, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

Before the Court is Defendant Chief Wade Gourley's Unopposed Motion to Substitute Party ("Motion"). [Doc. No. 19]. Defendant Chief Wade Gourley ("Chief Gourley") has been named in Plaintiff's Complaint in his official capacity as the Chief of the Oklahoma City Police Department. He moves to substitute the City of Oklahoma City as a Defendant in his place. "A suit against a municipality and a suit against a municipal official acting in his or her official capacity are the same." *Watson v. City of Kan. City*, 857 F.2d 690, 695 (10th Cir. 1988) (citing *Brandon v. Holt*, 469 U.S. 464, 471–72 (1985); *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658, 690 n.55 (1978)). Accordingly, the Court GRANTS the Motion.

The Court ORDERS that the City of Oklahoma City is substituted in place of Defendant Chief Wade Gourley for all purposes in this case and DIRECTS the Clerk of this Court to update the case docket to reflect City of Oklahoma City as Defendant.

Following this Order, captions for all filings going forward should reflect City of Oklahoma City as Defendant in place of Chief Wade Gourley.

IT IS SO ORDERED this 28th day of February 2023.

                                                    _____
                                                    JODI W. DISHMAN
                                                    UNITED STATES DISTRICT JUDGE